IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wooten, Jacqueline J

Printed: 9/3/08

Case Number: 08 B 14313
Judge: Goldgar, A. Benjamin
Filed: 6/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 7,800.00 | 0.00 |
| 3. | Bank Of America | Secured | 14,000.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 64.50 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 72.47 | 0.00 |
| 6. | American General Finance | Unsecured | 298.35 | 0.00 |
| 7. | Sprint Nextel | Unsecured | 136.11 | 0.00 |
| 8. | Bank Of America | Unsecured |  | No Claim Filed |
| 9. | Imagine | Unsecured |  | No Claim Filed |
| 10. | First National Credit Card | Unsecured |  | No Claim Filed |
| 11. | Check N Go | Unsecured |  | No Claim Filed |
| 12. | Harris N A | Unsecured |  | No Claim Filed |
| 13. | Plains Commerce Bank | Unsecured |  | No Claim Filed |
| 14. | Illinois Insurance Center | Unsecured |  | No Claim Filed |
| 15. | National Quick Cash | Unsecured |  | No Claim Filed |
| 16. | Netcash | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,371.43 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Wooten, Jacqueline J

Printed:  9/3/08

Case Number:  08 B 14313
Judge:  Goldgar, A. Benjamin
Filed:  6/4/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

